IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40525
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE ASCENCION CARDENAS-LEDEZMA,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-361-1
- - - - - - - - - -
December 9, 1998

Before DAVIS, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM:[*]

The court-appointed attorneys for Jose Ascencion Cardenas-Ledezma have filed a motion to withdraw from representation of Cardenas and a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Cardenas has filed no response to his attorneys' motion and brief. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, Cardenas's court-appointed attorneys' motion to withdraw is GRANTED; the attorneys are excused from further responsibilities

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

herein and the APPEAL IS DISMISSED.